IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

RURAL MUTUAL INSURANCE COMPANY,

      Plaintiff,

TAYLOR CLARK

      Involuntary Plaintiff,           OPINION and ORDER

      v.                           26-cv-93-amb

STRIPPIT, INC. and
THE CHARTER OAK FIRE INSURANCE COMPANY,

      Defendants.

---

The court held a telephonic preliminary pretrial conference on May 12, 2026. Plaintiff Rural Mutual Insurance Company was represented by Attorney Ronald W. Harmeyer. Defendants Strippit, Inc. and The Charter Oak Fire Insurance Company were represented by Attorney Paul C. Werkowski. Involuntary plaintiff Taylor Clark did not appear.

The court first addressed its April 21, 2026 show cause order, which queried whether and how Mr. Clark should be formally brought into the case. Dkt. 21. Rural Mutual believes he is a necessary party, and its attorney represents that Mr. Clark himself does wish to participate as a party in the case, although he does not want to retain counsel. Dkt. 23. Defendants took no position. In light of this record, the court is persuaded that Mr. Clark should be added, primarily for practical considerations, but also to ensure his interests are fully addressed and not subsumed by the other parties' interests. *See* Fed. R. Civ. P. 19(a). To facilitate this, Rural Mutual is ORDERED to file an amended complaint by May 19, 2026, adding Mr. Clark as a defendant. This is the procedural mechanism available to the

court to ensure Mr. Clark is served with the amended complaint and summonsed to appear. As an individual, Mr. Clark may make an appearance and represent himself. 28 U.S.C. § 1654. If that is how he chooses to proceed, he should consult the court's resources for self-represented litigants available at https://www.wiwd.uscourts.gov/pro-se-introduction. In particular, he will need to provide the court with contact information so that he receives notifications from the court on this case. Once Mr. Clark is served, he will have an opportunity to answer or respond. Fed. R. Civ. P. 8, 12, 15. If he indicates that he is generally aligned with Rural Mutual and adverse to defendants, the court will realign him as an involuntary plaintiff.

The court then considered whether to set the remainder of the case schedule but decided it was prudent to wait. Rural Mutual explained that it is considering adding additional defendants and needs some time to complete discovery on that front. Defendants concurred. In light of that, the court ORDERED that the parties have until July 15, 2026 to amend the pleadings and add parties without leave of court.

Finally, the court SET another telephonic conference for August 17, 2026 at 3:30 p.m. At that point, all parties to the case should be summonsed and ready to discuss case management and participate in setting the case schedule.

Rural Mutual is ORDERED to serve this order on Mr. Clark and certify when it has done so.

*So ordered.*

Entered May 13, 2026.

BY THE COURT:

/s/

_____
ANITA MARIE BOOR
Magistrate Judge

2